IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBIN CLARK**                 **Plaintiff,** : : : | |
| v. : | **CIVIL ACTION NO. 14-5460** |
| : : | |
| **PHILADELPHIA HOUSING AUTHORITY**                 **Defendant.** : : : | |

# ORDER

**AND NOW,** this 21st day of April 2015, upon consideration of the pending motions and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss Plaintiff's Complaint [Doc. No. 6] is **DISMISSED AS MOOT** as Plaintiff filed an amended complaint.

2. Defendant's Motion to Dismiss Plaintiff's Amended Complaint [Doc. No. 8] is **GRANTED** as follows:  Count I is **DISMISSED WITH PREJUDICE**.  Count II is **DISMISSED WITHOUT PREJUDICE** to assertion of the claim in the appropriate state court.

3. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**